United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR -02-0053 CRB |
| Plaintiff(s), | **ELECTRONIC CASE FILING ORDER** |
| v. | |
| EDWARD ROSENTHAL, | |
| Defendant(s). | |

This case is hereby designated for the Court's Electronic Case Filing (ECF) Program. Pursuant to General Order 45, each attorney of record is obligated to become an ECF user and be assigned a user ID and password for access to the system. All documents required to be filed with the Clerk shall be filed electronically on the ECF website, except as provided otherwise in section VII of General Order 45 or authorized otherwise by the Court. (Instructions for creating PDF files can be found in the tutorial at the Court's ECF website – www.ecf.cand.uscourts.gov.)

Parties shall submit a paper copy of any document with the Clerk's Office that has been filed electronically.

IT IS SO ORDERED.

Dated: January 4, 2007

HONORABLE CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE