**FILED**

JAN 0 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br><br><br>EDWARD ROSENTHAL,<br><br>     Defendant. | No. CR-02-0053-CRB<br><br>ORDER CONTINUING<br>FORCE AND EFFECT<br>OF TRIAL SUBPOENAS |

Good Cause Appearing, it is hereby ORDERED that trial subpoenas issued and served for the trial date of January 8, 2006, remain in force and effect for the new trial date of February 15, 2007.

Accordingly, persons previously served with a trial subpoena for the date of January 8, 2007, remain subject to their subpoenas for the new trial date of February 15, 2007, and need not be re-served with a new trial subpoena.

Dated: January 3, 2007

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

ROSENTHAL,

        Defendant.
_____/

Case Number: CR02-00053 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George L. Bevan
United States Attorney's Office
Oakland
1301 Clay Street, Suite 340S
Oakland, CA 94612

Robert M. Amparan
Attorney at Law
506 Broadway
San Francisco, CA 94133

Shari Lynn Greenberger
Attorney at Law
506 Broadway
San Francisco, CA 94133

William M. Simpich
Law Offices of William M. Simpich
1736 Franklin Street
10th Floor
Oakland, CA 94612

Dated: January 3, 2007

                                              Richard W. Wieking, Clerk
                                              By: Barbara Espinoza, Deputy Clerk