UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br><br><br><br>EDWARD ROSENTHAL,<br><br>　　　　Defendant. | No. CR-02-0053-CRB<br><br><br>ORDER CONTINUING<br>FORCE AND EFFECT<br>OF TRIAL SUBPOENAS |

　　Good Cause Appearing, it is hereby ORDERED that trial subpoenas issued and served for the trial date of January 8, 2007, or February 13, 2007, or February 15, 2007, remain in force and effect for the new trial date of March 19, 2007.

　　Accordingly, persons previously served with a trial subpoena for any of the dates of January 8, 2007, February 13, 2007, or February 15, 2007, remain subject to their subpoenas for the new trial date of March 19, 2007, and need not be re-served with a new trial subpoena.

Dated: Jan. 18, 2007

CHARLES R. BREYER
United States District Judge