1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR-02-0053-CRB |
| | ) | |
| v. | ) | |
| | ) | ORDER REQUIRING |
| | ) | SUBPOENAED WITNESSES |
| | ) | TO APPEAR FOR HEARING |
| | ) | |
| | ) | |
| EDWARD ROSENTHAL, | ) | |
| | ) | |
| Defendant. | ) | |

Good Cause Appearing, and upon the representation of government counsel that the witnesses listed herein have been subpoenaed for trial in this case and may decline to testify, IT IS HEREBY ORDERED that the following persons appear before this Court at **2:15 p.m.** on **Friday, February 2, 2007**, for a hearing regarding their appearance and testimony at trial:

        Brian Lundeen
        Etienne Fontan
        Deborah Goldsberry
        Evan Schwartz
        Vince Brown
        Anthony Lopez
        Lu Fou Saechao

Dated:_January 22, 2007     _____
                                      CHARLES R. BREYER
                                      United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (seal of United States District Court, Northern District of California)*