UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Case No. CR-02-0053-CRB |
| v. | ) |
| | ) |
| | ) (~~Proposed~~) ORDER GRANTING |
| EDWARD ROSENTHAL, | ) APPLICATION FOR ADMISSION |
| | ) OF ATTORNEY FOR TRIAL |
| Defendant. | ) WITNESS CORY A. OKIE |
| | ) *PRO HAC VICE* |
| | ) |
| | ) |

Lauren C. Regan, an active member in good standing of the bar of the State of Oregon, and is admitted to practice in the federal and state courts of Oregon, the Ninth Circuit Court of Appeals, and the U.S. Supreme Court; and whose business address and telephone number is 259 E. 5th Ave., Suite 300A, Eugene, Oregon 97401; Phone: 541.687.9180; Email: lregan@cascwild.org, and having applied for admission to practice in the Northern District of California on a pro hac vice basis representing Cory A. Okie, an Oregon resident who has been subpoenaed to testify at the trial of Edward Rosenthal in the U.S. District Court for the Northern District of California.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

PAGE 1—ORDER ADMITTING ATTORNEY *PRO HAC VICE*.

contained in General Order No. 45, *Electronic Case Filing*.

Dated February 26, 2007.

_____
Charles R. Breyer
U.S District Court Judge