IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-00053 CRB |
| Plaintiff, | **ORDER AMENDING ORDER GRANTING MOTION TO DISMISS FOR VINDICTIVE PROSECUTION** |
| v. | |
| EDWARD ROSENTHAL, | |
| Defendant. | |

The Court's Order Granting Motion To Dismiss For Vindictive Prosecution filed March 14, 2007, is amended as follows:

On page 3, line 8, the phrase "and the appeal" is deleted.

On page 3, lines 10-11, the phrase should read: "specifically, five counts of tax evasion and four counts of money laundering."

**IT IS SO ORDERED.**

Dated: March 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\0053cr\orderamendingvindictive.wpd