UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br><br>EDWARD ROSENTHAL,<br>        Defendant. | No. CR-02-0053-CRB<br><br>ORDER CONTINUING<br>FORCE AND EFFECT<br>OF TRIAL SUBPOENAS |

Good Cause Appearing, it is hereby ORDERED that trial subpoenas issued and served for the trial date of January 8, 2007, or February 13, 2007, or February 15, 2007, or March 19, 2007, remain in force and effect ~~for whatever date is next set for a trial in this case~~ until April 27, 2007 or until further order of the Court. (CRB)

Accordingly, persons previously served with a trial subpoena for any of the dates of January 8, 2007, February 13, 2007, February 15, 2007, or March 19, 2007, remain subject to their subpoenas, and need not be re-served with a new trial subpoena.

Dated: March 22, 2007

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer