1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-02-0053-CRB |
| Plaintiff, | |
| v. | ORDER CONTINUING FORCE AND EFFECT OF TRIAL SUBPOENAS |
| EDWARD ROSENTHAL, | |
| Defendant. | |

Good Cause Appearing, it is hereby ORDERED that trial subpoenas issued and served for the trial date of January 8, 2007, or February 13, 2007, or February 15, 2007, or March 19, 2007, remain in force and effect for the trial scheduled for May 14, 2007.

The Court's order from March 22, 2007, extending the force and effect of trial subpoenas issued and served for any of the foregoing trial dates, to the date of April 27, 2007, is likewise extended through the conclusion of the trial scheduled to begin on May 14, 2007.

//

//

//

1  Accordingly, persons previously served with a trial subpoena for any of the dates
2  of January 8, 2007, February 13, 2007, February 15, 2007, or March 19, 2007, remain
3  subject to their subpoenas, and need not be re-served with a new trial subpoena.

Dated: April 26, 2007

CHARLES R. BREYER
United States District Judge

