IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 02-0053 CRB |
| v. | (PROPOSED) ORDER TO RELEASE EXHIBITS |
| EDWARD ROSENTHAL, | |
| Defendant. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT:

   IT IS HEREBY ORDERED that all defense trial exhibits from Mr. Rosenthal's previous trial be released directly to defendant Edward Rosenthal's present defense counsel and attorneys of record, Mr. Amparan, Ms. Greenberger and Mr. Figueroa, upon presentation of this Order in person to the Clerk's Office by one of the afore-mentioned counsel.

   Dated: April 27, 2007

_____
HONORABLE
JUDGE OF

IT IS SO ORDERED
Judge Charles R. Breyer