**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-0053 CRB |
| Plaintiff, | **ORDER RE: DEFENDANT'S WITNESS LIST** |
| v. | |
| EDWARD ROSENTHAL, | |
| Defendant. | |

The Court has received defendant's Notice of Witnesses, listing the names of the witnesses he intends to call at trial. Defendant is directed to submit under seal for the Court's *in camera* review a detailed offer of proof as to the proposed testimony of each witness. Defendant shall submit the offer of proof on or before May 8, 2007.

**IT IS SO ORDERED.**

Dated: May 2, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\0053cr\order12witnesstestimony.frm