IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-0053 CRB |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| EDWARD ROSENTHAL, | |
| Defendant. | |

    Defendant provided the Court and the government with a list of the witnesses he intends to call at trial. The Court ordered defendant to file a summary of the proposed testimony of each witness, *in camera and under seal* for the Court's review. Defendant did not comply with the Court's order; instead, he filed a motion for reconsideration claiming that such an order somehow violates his right to self incrimination.

    Defendant's motion for reconsideration is DENIED as frivolous. In United States v. Hicks, 103 F.3d 840 (9th Cir. 1996), the case relied on by defendant, the Ninth Circuit held that the district court exceeded its Rule 16 authority by requiring the government and the defendant *to exchange* witness summaries. The Court has not directed defendant to submit the testimony summary to the government; as defendant is well aware the Court ordered the summary to be produced to the Court only under seal for its *in camera* review. This is precisely the procedure suggested by the defendant in Hicks.

1  Defendant shall produce the summary to the Court under seal for the Court's *in*
2  *camera* review by 9:00 a.m. on Thursday, May 10, 2007.  The summary shall be delivered
3  directly to chambers.  The Court will address defendant's motion with respect to his own
4  testimony at the May 10 hearing.

5  **IT IS SO ORDERED.**

6  Dated: May 9, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2002\0053cr\orderwitnessreconsideration.frm          2