IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWARD ROSENTHAL,<br><br>    Defendant.<br>_____/ | No. CR 02-00053 CRB<br><br>**PROPOSED JURY INSTRUCTIONS** |

    Attached as Exhibit A are the Court's proposed jury instructions in this criminal case. The parties should be prepared to present objections and propose changes to the jury instructions at the hearing on Friday, May 25, 2007, at 2:00 p.m.

    **IT IS SO ORDERED.**

Dated: May 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\0053cr\order re proposed instructions.wpd