IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-02-0053-03 CRB |
| Plaintiff, | **ORDER** |
| v | |
| EDWARD ROSENTHAL, | |
| Defendant. | |

It is hereby ordered that the United States Marshal sequester the jury of twelve members in the above matter during their deliberations at the United States Courthouse in San Francisco and furnish them with meals at the expense of the United States. The deliberations will commence on May 29, 2007.

The jury shall be sequestered commencing May 29, 2007 until conclusion of trial proceedings.

**IT IS SO ORDERED.**

Dated: May 30, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE