IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EDWARD ROSENTHAL,<br><br>        Defendant.<br>_____/ | No. CR 02-0053 CRB<br><br>**ORDER RE: DEFENDANT'S MOTION FOR EXTENSION OF TIME** |

       A jury convicted defendant of three marijuana counts on May 30, 2007. Pursuant to Federal Rule of Criminal Procedure 33(a)(2), the Court ordered defendant to file his motion for a new trial, if any, on or before June 5, 2007. On the eve of the deadline, defendant filed a motion to continue the time for filing his motion for a new trial. He does not ask for a specific extension; instead, he contends that he needs to review the transcripts of the trial, and that he is awaiting the Court's written rulings on certain motions and trial issues. As defendant was provided with daily transcripts during the trial, and as the Court does not intend to issue any further written orders, except, perhaps, on defendant's motion for a new trial and motion for attorneys' fees, there is no need to delay the filing of defendant's motion for a new trial, especially since no presentence report is being prepared and defendant will be sentenced to time served.

       Nonetheless, the Court will grant defendant a one week extension. <u>See</u> Fed. R. Crim. P. 45(b). Defendant's motion for a new trial, if any, shall be filed on or before June 13,

2007. The government's opposition shall be filed on or before June 20, 2007. After receipt of the briefs the Court will advise the parties of a new date for sentencing.

**IT IS SO ORDERED.**

Dated: June 5, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\0053cr\orderreextension1.frm 2