IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDWARD ROSENTHAL,<br><br>　　　　Defendant._____ / | No. CR 02-0053 CRB<br><br>**ORDER RE: UNSEALING MAY 10, 2007 TRANSCRIPT** |

　　　The portion of the reporter's transcript of the May 10, 2007 proceeding that was filed under seal is hereby unsealed at defendant's request.

　　　**IT IS SO ORDERED.**

Dated: December 6, 2007

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\0053cr\orderreunsealing.frm